**DISMISS and Opinion Filed January 28, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00930-CV

**MARIANO RODRIGUEZ, Appellant**
**V.**
**SAENZ GARCIA LAW, PLLC AND ARVIN SAENZ, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08791**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Smith

Appellant's brief was due on December 31, 2021. When it was not filed, we notified appellant by postcard dated January 6, 2022 and directed him to file his brief, along with a motion to extend time for filing the same, by January 16, 2022. We cautioned appellant that the failure to file a brief or an extension motion by that time would result in the appeal being dismissed under rule 38.8(a)(1). To date, appellant has not filed a brief or motion; nor has he communicated with the Court about his appeal.

Under these circumstances, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Craig Smith/
CRAIG SMITH
JUSTICE

210930F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARIANO RODRIGUEZ,
Appellant

No. 05-21-00930-CV      V.

SAENZ GARCIA LAW, PLLC
AND ARVIN SAENZ, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-08791.
Opinion delivered by Justice Smith.
Justices Pedersen, III and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered January 28, 2022